PROB 12C
(6/96)

# United States District Court

for

WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Rickey Darrell Lincoln Jr.                Case Number: A-16-CR-024(09)LY

Name of Sentencing Judicial Officer: Honorable Lee Yeakel, U.S. District Judge

Date of Original Sentence: November 22, 2016

Original Offense: Conspiracy to Possess with Intent to Distribute a Controlled Substance, Methamphetamine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841 (b)(1)(B)

Original Sentence: Sixty (60) months' custody in the Bureau of Prisons, followed by a four (4) year term of supervised release; special conditions include: substance abuse treatment, abstain from the use of alcohol and all other intoxicants, search condition and $100 special assessment (paid in full).

Type of Supervision: Supervised Release                Date Supervision Commenced: April 3, 2020

Assistant U.S. Attorney: Daniel D. Guess/Matt Harding       Defense Attorney: Olga Seelig (retained)

---

## PREVIOUS COURT ACTION

None

## PETITIONING THE COURT

[X] To issue a warrant                [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Mandatory Condition No. 1:** "The defendant shall not commit another federal, state, or local crime during the time of supervision."

**Nature of Non-compliance:** On December 18, 2020, the defendant was arrested by Drug Enforcement Administration (DEA) and charged with Possession with Intent to Distribute a Controlled Substance. According to available information, the defendant along with his brothers, Ryan and Randall Lincoln, were being investigated through the months of May 2020 through November 2020, for the distribution and selling of oxycodone tablets for several months leading up to their arrest. The defendant and his brother were taken into custody.

On January 5, 2021, the defendant was indicted under Docket No. A-21-CR-006(01)LY, and charged with Conspiracy to Distribute Fentanyl, in violation of 21 U.S.C. §§ 846 and 841. The case remains pending and the defendant remains in federal custody

Rickey Darrell Lincoln Jr.
Petition for Warrant or Summons for
Offender Under Supervision
Page 2

**U. S. Probation Officer Recommendation:** The defendant's term of supervision should be revoked.

Approved by,

_____
Hector J. Garcia
Supervising U.S. Probation Officer

Respectfully submitted,

_____
Miguel Rodriguez
U.S. Probation Officer
Date: January 7, 2021

Received by,

MARK MARSHALL
Digitally signed by MARK MARSHALL
Date: 2021.01.08 09:43:22 -06'00'
_____
Daniel Guess
Assistant U.S. Attorney

[X] recommends    [ ] does not recommend    Justification: _____

---

## THE COURT ORDERS:

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

_____
Honorable Susan Hightower
U.S. Magistrate Judge

Date January 8, 2021